IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:18-CV-00015-BO

| | | |
|---|---|---|
| ATLANTIC COAST PIPELINE, INC., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| 4.24 ACRES, MORE OR LESS, IN | ) | |
| HALIFAX COUNTY, NORTH | ) | |
| CAROLINA, *et al.*, | ) | |
| Defendants. | | |

This cause comes before the Court *sua sponte*. An amended complaint has been filed in this case, plaintiff has filed affidavits of service, and, to date, no defendant landowner has appeared. Plaintiff has filed a motion for entry of Clerk's Default which remains pending.

The Court will hold a hearing on Thursday, July 6, 2023, at 2:00 p.m. at the United States Courthouse at Elizabeth City, North Carolina. Plaintiff should take whatever steps are necessary to be prepared to reduce this matter to judgment at that time. The stay previously entered in this matter is hereby LIFTED.

SO ORDERED, this _15_ day of May 2023.

_Terrence Boyle_
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE