IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASETRN DIVISION
No. 4:18-CV-15-D

| | |
|---|---|
| ATLANTIC COAST PIPELINE, LLC, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| 4.24 ACRES, MORE OR LESS, IN HALIFAX COUNTY, NORTH CAROLINA, et al., | ) |
| Defendants. | ) |

On November 13, 2024, Florence Morrison ("Morrison" or "defendant") moved to unseal jury transcripts dated March 14, 2024. See [D.E. 170]. On November 14, 2024, plaintiff responded. See [D.E. 174]. Plaintiff noted that the transcripts are not sealed. See id. Rather, defendant may obtain a copy of the transcripts from the court reporter upon payment of the transcript costs. See id.

The court agrees with plaintiff's observations. Thus, the court DENIES defendant's motion to unseal [D.E. 170]. The jury transcripts are not sealed.

SO ORDERED. This 19 day of November, 2024.

JAMES C. DEVER III
United States District Judge